2:17-cv-02155-CSB-EIL # 1 Filed: 07/06/17 Page 1 of 10

E-FILED
Thursday, 06 July, 2017 02:22:24 PM
Clerk, U.S. District Court, ILCD

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

Mike Widmer
______________________,

**Plaintiff(s),**

**vs.** **Case No.** 17-cv-2155

Ford County Illinois, Andrew Killian, Matt Fitton, Mark Doran + Walter Ding

**Defendant(s).**

**COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS**

***This form complaint is designed to help you, as a*** **pro se** ***plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.***

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Michael Lee Widmer.

***If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.***

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendants -

a) Ford County, Illinois

b) Andrew Killian is the Ford County States Attorney.

c) Matt Fitton is the judge in Ford County.

d) Mark Doran is the sheriff of Ford County.

e) Walter Ding is an attorney at law, Urbana Illinois.

2:17-cv-02155-CSB-EIL # 1 Filed: 07/06/17 Page 3 of 10

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. ~~Defendant,~~ ______________________________, is
(name, badge number if known)

☐ ~~an officer or official employed by~~ ______________________________;
(department or agency of government)
______________________________ or

☐ ~~an individual not employed by a governmental entity~~.

***If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.***

5. The municipality, township or county under whose authority defendant officer or official acted is Ford County Illinois. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about February 2017 (month, day, year), at approximately N/A ☐ a.m. ☐ p.m. plaintiff was present in the municipality (or unincorporated area) of Paxton Illinois, in the County of Ford, State of Illinois, at Ford County Jail (identify location as precisely as possible), when defendant violated plaintiff's civil rights as follows ***(Place X in each box that applies)***:

☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☒ failed to provide plaintiff with needed medical care;
☒ conspired together to violate one or more of plaintiff's civil rights;
☐ Other: engaged in a conspiracy to have plaintiff falsely arrested, unlawfully imprisoned, held on 1 Million excessive bail, denied to appear in court and medical treatment.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

2:17-cv-02155-CSB-EIL # 1 Filed: 07/06/17 Page 4 of 10

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

______________________________________________________________.

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (***Leave blank if no custom or policy is alleged***):______________________________________________

______________________________________________________________

______________________________________________________________

______________________________________________________________.

8. Plaintiff was charged with one or more crimes, specifically:

Intimidation – Class 3 probationable felony under Illinois Law, based on a Facebook Post.

______________________________________________________________

______________________________________________________________

______________________________________________________________

9. (***Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"***) The criminal proceedings

☒ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows______________________________________________

______________________________________________________________.

☒ Other: Are fraudulent based on improper venue and No evidence.

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3 A

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. STATEMENT OF CLAIM

On 2-14-17 and 2-15-17, someone other than myself (plaintiff) made non specific threats in bad taste on a facebook profile under my name. On 2-15-17, I was made aware of the comments and deleted them from the facebook post. On 2-15-17, defendant Killian was informed by a Megan McNeal, that she read comments on a facebook page under my name, that she felt were directed at her, although her name was never mentioned. Defendant Killian, knew and explained to Megan McNeal on 2-15-17, that he did not have Venue, to charge me in Ford County Il., because I lived in Iroquois County and the alleged (she) victim lived in Champaign County Illinois. Both state and Federal law are specific on the issue of Venue. (See US vs ALVARADO 963 F Supp. 2d 852.) Exhibit A, a page from a DCFS investigation of 2-15-17, proves Defendant Killian, knew the law on Venue and ignored it. On 2-17-17, defendant Killian, charged plaintiff, in Ford County with Intimidation to Megan McNeal, after, Iroquois County refused to get involved. Defendant Killian, then provided false evidence against me, being comments on my facebook page, to get an unconstitutional

-continued-

1 Million Dollar bail, For this class 3 probationable felony. Defendant Fitton was the judge assigned to the case. Ive Known judge Fitton aka defendant Fitton, For more than 20 years. Defendant Fitton, was my attorney in the past, then when he became a prosecutor in Ford County, he recused himself from all my cases, in 2009-2012 (See exhibit B) Defendant Fittons older brother was also employed by me in 2010. Defendant Fitton presided over a preliminary hearing of this intimidation case on 3-13-17, and although defendant Ding argued the Venue was improper and that defendant Killion put forth no evidence, defendant Fitton, still found probable cause. (See exhibit C, the transcript of the preliminary hearing.) After the preliminary hearing, defendant Ding told me, defendant Killion, told him, if he (Ding) left me sit, that he (Killian) would settle all of defendant Dings cases on defendant Killians docket. Defendant Ding, then refused to communicate with me From that day forward for months, allowing me to remain confined in isolation at the Ford County Jail, violating my right to a speedy trial. I have Known defendant Ding as a personal friend more than 20 years and been out with him socially. I trusted my lawyer defendant Ding, but he sold me out. From 2-17-17, I was in defendant Dorans custody, unable to post 1 Million Bail. Defendant Doran was aware I had 5 abcessed teeth, which were infected and causing me to

-continued-

suffer extreme physical pain as well as mental and emotional anguish. (See Widmer vs Doran et al; 2017 CV 2113, pending in this district court.) Defendant Doran conspired with defendants Killian and Fitton, to prevent me from appearing at 6 scheduled court hearings on 3-1-17, 3-8-17, 3-27-17, 4-4-17, 4-12-17 and on 5-15-17, when the case 17 CF 11, was continued on motion of defendant Killian, while defendant Ding remained silent. I was not allowed to attend this hearing although I filed multiple statements to the court demanding a speedy trial and to appear at my hearings. I also informed defendant Fitton of defendant Ding refusing to communicate in these letters. See exhibits D, E + F. Defendant Fitton had a case involving me infront of him in 2016, with identical circumstances as to Venue. My girlfriend Jillian Kiefs, exhusband Robert Mitch Kief, who lived in Champaign County, went to Ford County and filed for an order of protection against me, stating I was posting he was a dead beat dad on my Facebook. Defendant Fitton dismissed the case on his own motion, citing I lived in Iroquois County and Kief lived in Champaign County. Jillian Kief later testified, she infact made the Facebook comments under my name. (See exhibits G + H) Today is my 133rd day of being confined in isolation, with ailments which pose a threat to my life. (Seriously infected teeth)

Continued

I assert by defendant Killian, using a photo copy of a Facebook post; with NO other supporting evidence to prove who made it, where it was made from or the device from which it was made, he had me falsely arrested. I further assert because defendant Killian knowing he didnt have Venue to arrest me, had me falsely arrested. I assert Defendant Fitton who knew he was obligated by law to recuse himself from my case, due to our past history, as well as knowing the case was filed in the improper Venue, only stayed presiding over it and found probable cause to punish me for taking a video of defendant Fittons 19 year old step son Joe Fitton, behind the wheel of his dad-defendant Fittons truck, intoxicated at 2am in the alley by my home. I showed the video to circuit clerk Kim Evans and I wrote a letter to defendant Killian, disclosing the video. Defendant Fitton then finally was forced to recuse himself. Defendant Fitton violated my rights by his willful and wanton misconduct as described. Defendant Doran, knowing I had 6 scheduled court hearings and refused to have me before the court 6 times, intentionally violated my right to due process of law. All defendants are sued in their Individual and Official Capacities, for compensatory and punitive damages of 5 Million Dollars Each, individually and collectively. I also seek injunctive relief as this is an extraordinary situation which warrants a federal courts order.

Continued

Damages

I assert I'm in imminent danger from infection of teeth.

I have remained in isolation in the custody of defendant Doran for 130 days, with untreated serious medical/dental issues, I lost my home, my dog, my credit, my property including a vehichle and my furniture was stolen, my business all lost in the past 130 days as a direct and proximate result of the conspiracy of the defendants in Illinois smallest and most corrupt county. See exhibit (I)+(J) police log of my report theft.

I seek injunctive relief ordering the defendants to enjoin from continuing to violate my right to due process, by not taking me to court and release me for denying my right to a speedy trial.

I have exhausted a grievance process as to deft. Doran.

This is a true and accurate complaint to the best of my knowledge and ability under penalty of perjury by law.

Michael Widmer
[signature]
Plaintiff pro se
235 N American Street
Paxton Il. 60957

Continued

2:17-cv-02155-CSB-EIL # 1 Filed: 07/06/17 Page 10 of 10

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ ***(Place X in box if you are seeking punitive damages.)*** Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Michael L Widmer

Plaintiff's name ***(print clearly or type)***: Michael L Widmer

Plaintiff's mailing address: 235 N American

City Paxton State Il ZIP 60957

Plaintiff's telephone number: (217) 379 2324.

Plaintiff's email address ***(if you prefer to be contacted by email)***: N/A

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

***If yes, please list the cases below.*** 2017 CV 2113

***Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.***

5 9

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]